FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
25 OCT -6 AM 9:46

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

Y.S.,
Plaintiff,

v.

JOHN DOE, et al.,
Defendants.

---

**PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**

---

Plaintiff Y.S. respectfully moves this Honorable Court for leave to proceed under a pseudonym. due to credible, documented threats of violence, harassment, and hate speech directly arising from the conduct of the defendants in this case **(Exhibit 1)**. In support, Plaintiff states as follows:

## I. INTRODUCTION

Plaintiff brings this civil action to recover losses from a cryptocurrency fraud and to seek redress for subsequent threats, harassment, and doxing perpetrated by individuals associated with the fraudulent scheme. The threats escalated following Plaintiff's confrontation of the perpetrator regarding the theft of funds and possible identity fraud.

On September 25, 2025, the perpetrator sent a rapid series of death threats, anti-Semitic hate messages, and doxing statements through a private messaging application **(Exhibit 1)**.

The messages included explicit homicide threats, such as:

"You bitch, I'm going to send a hitman after you!"

"They will find you before 12 o'clock tomorrow… They will kill you."

The perpetrator further claimed to have hired a hitman, asserted that he had confirmed Plaintiff's address, and then published Plaintiff's home address — 1818 S Quebec Way, Denver, CO 80231 — directly in the chat messages.

The incident is documented by screenshots IMG_3682–IMG_3684, which Plaintiff has reported to law enforcement. A formal police report has been filed with the Denver Police Department, and the related cryptocurrency scam has been reported to the FBI's Internet Crime Complaint Center (IC3).

Because the threats stemmed directly from Plaintiff's confrontation of the perpetrator about a fraudulent cryptocurrency investment, the combination of financial theft, doxing, and violent hate speech has placed Plaintiff in immediate and ongoing fear for his life and safety. Plaintiff therefore seeks to proceed under the pseudonym "Y.S." to protect his identity and avoid further danger or retaliation.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 10(a) requires parties to identify themselves in their pleadings. However, courts have long recognized exceptions when anonymity is necessary to protect a litigant from harm, harassment, or undue embarrassment. See *Doe v. Stegall*, 653 F.2d 180, 185 (5th Cir. 1981); *Does I thru XXIII v. Advanced Textile Corp*., 214 F.3d 1058, 1068 (9th Cir. 2000).

The District of Colorado permits pseudonymous filings where the party demonstrates that (1) disclosure would pose a serious risk of harm, (2) privacy interests outweigh the presumption

of public access, and (3) anonymity will not prejudice the opposing party. See D.C.COLO.LCivR 7.2(c).

## III. ARGUMENT

### A. Plaintiff Faces Credible and Documented Threats of Harm

The threats in this case are not speculative — they are specific, direct, and documented. The perpetrator not only threatened to kill Plaintiff, but also publicly exposed his home address, confirmed surveillance of his residence, and employed anti-Semitic hate speech. The perpetrator's use of multiple aliases and an anonymous online presence further heightens the danger.

Courts routinely grant pseudonym protection in cases involving violent or retaliatory threats. See *Doe v. Frank*, 951 F.2d 320, 324 (11th Cir. 1992); *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004). Plaintiff's situation presents an even more compelling case for anonymity, as the threats are accompanied by doxing, extortion, and hate speech motivated by the Plaintiff's religion.

### B. Public Disclosure Would Expose Plaintiff to Further Danger

Because the perpetrators remain unidentified and continue to operate online, public disclosure of Plaintiff's full name and address on the court's docket would increase the risk of renewed harassment or retaliation. The publication of Plaintiff's home address during the threats confirms that the perpetrators are capable of doxing and are aware of Plaintiff's physical location. Proceeding pseudonymously is therefore necessary to prevent further targeting or harm.

### C. Plaintiff's Privacy and Safety Interests Outweigh Public Disclosure

While judicial proceedings are presumptively open, courts recognize that safety and privacy interests can outweigh that presumption. *Stegall*, 653 F.2d at 186. In this matter,

anonymity does not undermine transparency because the facts, evidence, and allegations remain fully public — only the Plaintiff's personal identity would be shielded for safety.

**D. Anonymity Will Not Prejudice Defendants or the Public**

At this stage, Defendants' true identities are unknown, and they have not yet been served. Plaintiff will disclose his true name under seal to the Court and, if necessary, to any identified defendants under a protective order. No party will be prejudiced, and the integrity of the proceedings will remain intact.

**IV. REQUEST FOR RELIEF**

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an order:

1. Granting Plaintiff leave to proceed under the pseudonym "Y.S." in all public filings;
2. Permitting Plaintiff to file a sealed document containing his full name, address, and contact information, accessible only to the Court and Clerk;
3. Directing that Plaintiff's true identity shall not be publicly disclosed or entered on the docket without prior court authorization; and
4. Granting such other and further relief as this Court deems just and proper.

Dated: October 6, 2025

Respectfully submitted,

Y.S.
Y.S. (Plaintiff)

# EXHIBIT 1

Thu, Sep 25

You are a scam business ...Lol you stole another man's identity 8:28 PM

You bitch, I'm going to send a hitman after you! 8:29 PM

They terminated your Facebook profile because of that. Scammer and liar

You are the filthiest

Criminal

You need to sit in jail

I'm going to send your threats to the police. You will sit in jail. 8:30 PM

I just contacted the hitman, they checked your address, you live at

Let **Mature man.** message you and share your name and photo with them? You won't receive any messages until you unblock them.

Delete Report... Unblock

Thu, Sep 25

I just contact[...]n, they checked your address, you live at 1818 S Quebec Way, Denver, CO 80231

They will find you before 12 o'clock tomorrow, you'd better run to Israel 8:32 PM

You are a psycho go to hell 8:32 PM

They will kill you!

You damn Jew!! 8:33 PM

You are a psycho need to be in a mentally sick institution 8:33 PM

Hitler was right, Jews should be exterminated!

Let **Mature man.** message you and share your name and photo with them? You won't receive any messages until you unblock them.

Delete

Report...

Unblock

Thu, Sep 25

exterminated!

So cunning! 8:33 PM

Psycho psycho psycho psycho psycho psycho psycho 8:33 PM

Are you planning to move now? 8:34 PM

Psycho psycho psycho psycho psycho psycho psycho 8:35 PM

You blocked this person.

You unblocked this person.

You blocked this person.

You unblocked this person.