AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:55 am, Dec 15, 2025
JEFFREY P. COLWELL, CLERK

Civil Action No. 1:25-cv-03129-DDD-KAS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* BAM TRADING SERVICES - BINANCE.US on *(date)* 12/04/2025.

☑ I served the subpoena by delivering a copy to the named person as follows: Registered Agent Corporation Service Company, 1900 W. Littleton Boulevard, Littleton, CO 80120

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/12/2025

*Server's signature*

Brendan Bowers
*Printed name and title*

1888 S Jackson St, Denver, CO 80210

*Server's address*

Additional information regarding attempted service, etc.: