FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:07 am, Dec 29, 2025
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-03129-DDD-KAS

**Y.S.[1]**,
Plaintiff,

v.

**JOHN DOE et al.**,
Defendants.

---

### PLAINTIFF'S NOTICE OF COMPLIANCE WITH OMNIBUS MINUTE ORDER AND REQUEST TO TEMPORARILY MAINTAIN LEVEL 1 RESTRICTION PENDING COURT CLARIFICATION OF THE SCOPE OF REDACTION

---

Plaintiff, appearing pro se, respectfully submits this Notice of Compliance with the Court's Omnibus Minute Order on Plaintiff's Motions to Restrict (ECF 54), and requests that documents currently subject to Level 1 restriction remain restricted pursuant to the Court's prior Order at ECF No. 35, pending the Court's resolution of Plaintiff's request for clarification (ECF 61).

**1. Compliance with the Court's Redaction Order**

Pursuant to the Court's Omnibus Minute Order (ECF 54), Plaintiff has re-filed publicly redacted versions of the filings expressly identified by the Court as containing cryptocurrency

---

[1] Plaintiff is proceeding under a pseudonym for purposes of this filing notwithstanding the Court's prior order denying Plaintiff's motion to proceed anonymously (ECF 53). Plaintiff has filed a motion for reconsideration of that order, which remains pending. Plaintiff uses a pseudonym temporarily to avoid irreparable disclosure of sensitive identifying information pending the Court's ruling and will promptly comply with any further direction of the Court once the motion for reconsideration is resolved.

wallet identifiers and/or transaction identification numbers. Consistent with the Court's directives, Plaintiff has redacted and publicly re-filed the following documents, with redactions narrowly limited to the categories identified by the Court:

- **ECF No. 21-2 (Exhibit 1)**
- **ECF No. 21-3 (Exhibit 2)**
- **ECF No. 21-4 (Exhibit 3)**
- **ECF No. 21-5 (Exhibit 4)**
- **ECF No. 22** (Emergency Motion for Temporary Restraining Order Freezing Digital Assets and Preserving Evidence)
- **ECF No. 22-3** (Declaration)
- **ECF No. 22-4** (Proposed Temporary Restraining Order)

In each instance, redactions were limited to cryptocurrency wallet identifiers and, where applicable, transaction identification numbers, and the unredacted versions remain subject to Level 1 restriction.

2. **Additional Documents and Exhibits Implicated by the Court's Order**

The Court's Omnibus Minute Order reflects that the presence of cryptocurrency wallet identifiers and transaction identification numbers is the basis for requiring public redaction. In addition to the filings expressly enumerated above, there are additional documents and exhibits currently subject to Level 1 restriction pursuant to ECF 35 that appear to contain the same categories of information and may therefore fall within the scope of the Court's redaction analysis. However, the Omnibus Order does not expressly identify each such filing or specify the precise manner or timing for public re-filing of all affected materials. For example, Plaintiff's **Second Supplement and Request for Nondisclosure and Limited Service Regarding Motion**

**for Renewed Early Discovery** (ECF 40) includes identifying wallet addresses on pages 2, and Exhibits 5–7 attached to that motion include identifying wallet addresses and transaction identification numbers. Likewise, **Plaintiff's Amended Motion for Expedited Discovery** (ECF 46) includes an identifying wallet address on page 2, and Exhibit 2 attached to that motion also includes transaction identification numbers and wallet addresses.

3. **Pending Request for Clarification (ECF 61)**

To ensure complete and accurate compliance with the Court's directives—and to avoid inconsistent, incomplete, or over-inclusive redactions—Plaintiff filed a Request for Clarification at ECF 61, seeking guidance regarding the treatment of additional documents and exhibits that may require public redaction under the Court's Orders.

4. **Request to Maintain Level 1 Restriction Pending Clarification**

Pending the Court's resolution of ECF 61, Plaintiff respectfully requests that all documents and exhibits currently subject to Level 1 restriction remain restricted pursuant to the Court's Order at ECF 35. Maintaining the existing restriction will preserve the status quo, prevent inadvertent public disclosure of information the Court has indicated may warrant redaction, and ensure that Plaintiff's continued compliance efforts remain fully aligned with the Court's intent.

Plaintiff submits this Notice to confirm good-faith compliance with the Court's Orders, to advise the Court of the steps already taken, and to respectfully request guidance before proceeding with additional public re-filings.

**Dated**: December 29, 2025

Respectfully submitted,

**Y.S.** Plaintiff, Pro Se