IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12:54 pm, Dec 29, 2025
JEFFREY P. COLWELL, CLERK

Civil Action No. 25-cv-03129-DDD-KAS

**Y.S.[1],**
Plaintiff,

v.

**JOHN DOE et al.,**
Defendants.

## PLAINTIFF'S MOTION TO RESTRICT AND REDACT MESSENGER CHAT URL AT LEVEL 1 AND TO PERMIT PUBLIC FILING OF NARROWLY REDACTED EXHIBITS

Plaintiff, appearing pro se, respectfully moves pursuant to D.C.COLO.LCivR 7.2 for an order authorizing the filing of the Facebook Messenger conversation URL and the associated Messenger Thread ID under Restriction Level 1 and permitting the public filing of narrowly redacted versions of those same materials (see Plaintiff's Motion for Leave to Serve Limited Subpoena Duces Tecum on Meta Platforms, Inc. to Identify Unknown Defendant).

**I. RELIEF REQUESTED**

Plaintiff seeks an order:

---

[1] Plaintiff is proceeding under a pseudonym for purposes of this filing notwithstanding the Court's prior order denying Plaintiff's motion to proceed anonymously (ECF 53). Plaintiff has filed a motion for reconsideration of that order, which remains pending. Plaintiff uses a pseudonym temporarily to avoid irreparable disclosure of sensitive identifying information pending the Court's ruling and will promptly comply with any further direction of the Court once the motion for reconsideration is resolved.

1. Restricting access at Restriction Level 1 solely to the Facebook Messenger conversation URL and the associated Messenger Thread ID; and

2. Permitting the public filing of narrowly redacted versions of the same materials that omit only the Messenger conversation URL and associated thread identifier while preserving all material facts necessary for public understanding of the dispute and the Court's analysis.

## II. DESCRIPTION OF THE MATERIALS TO BE RESTRICTED

The materials at issue consist solely of:

- **A Facebook Messenger conversation URL and its associated Messenger Thread ID (ECF 2, Exhibit 1),** which together encode a unique conversation identifier and constitute a direct access path to private, end-to-end encrypted communications.

The individual(s) associated with the Messenger conversation URL and thread identifier are currently non-parties to this action.

Unredacted versions of the Messenger conversation URL and associated thread identifier are submitted under Restriction Level 1. Corresponding public versions redact only the Messenger conversation URL and the associated thread identifier, while preserving all other information necessary for public understanding of the dispute and the Court's analysis.

Plaintiff does not seek to restrict or redact any other information beyond the Messenger conversation URL and the associated thread identifier.

## III. BASIS FOR RESTRICTION AND REDACTION

Public disclosure of the unredacted materials would expose correlated technical identifiers that, when viewed together, create a clearly defined and serious risk of misuse, re-identification, harassment, or interference with ongoing investigative efforts. Specifically, public

disclosure of the Facebook Messenger conversation URL and its associated thread identifier would reveal a unique access path and persistent identifier tied to private, non-party communications. When linked to other publicly filed technical records in this action, disclosure of these identifiers would materially lower the barrier to identifying, tracking, or targeting a non-party individual.

The Messenger URL is particularly sensitive because it contains a unique conversation identifier that could resolve internally or upon reactivation of the account and provides a direct access path to private communications. The URL itself is not necessary for public understanding of the filings or the Court's legal analysis.

Although certain data elements may exist in isolation in other contexts, their aggregation in a judicial filing confers permanence, credibility, and context that significantly heightens the risk of harm.

## IV. NARROW TAILORING AND PUBLIC INTEREST

The proposed redactions are narrowly tailored and field-specific, limited solely to the Messenger conversation URL and associated Messenger Thread.

The redactions do not obscure:

- the existence or nature of the transactions or communications at issue;
- the relevance of the records to the requested discovery; or
- the legal standards governing the Court's analysis.

The publicly filed, redacted versions preserve all material facts necessary for the public to understand the nature of the dispute, the basis for the requested discovery, and the Court's reasoning. Accordingly, the public interest in access is not meaningfully impaired.

The requested restriction is temporary and may be revisited as the case progresses.

Plaintiff does not seek to restrict or redact any other information in the filing beyond the Messenger conversation URL and the associated thread identifier.

## V. NO LESS RESTRICTIVE ALTERNATIVE

No less restrictive alternative would adequately protect the interests at stake. Public filing of the unredacted materials would create non-speculative risks to non-party privacy and investigative integrity, while complete sealing is unnecessary.

Plaintiff does not seek to restrict any substantive content, transaction evidence, or communications content—only sensitive identifying fields. Level 1 restriction for unredacted versions, coupled with narrowly redacted public filings, represents the least restrictive means of protecting the identified interests.

## VI. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and authorize Restriction Level 1 for the unredacted materials while permitting public filing of narrowly redacted versions.

**Dated:** December 29, 2025

Respectfully submitted,

**Y.S.** Plaintiff, pro se