FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:00 am, Jan 12, 2026
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03129-DDD-KAS

Y.S.[1],
Plaintiff,

v.

JOHN DOE et al.,
Defendants.

## PLAINTIFF'S MOTION TO RESTRICT AND REDACT EXHIBIT A AT LEVEL 1 AND TO PERMIT PUBLIC FILING OF NARROWLY REDACTED VERSION

Plaintiff Y.S., appearing pro se, respectfully moves pursuant to D.C.COLO.LCivR 7.2 for an order authorizing the filing of an unredacted version of Exhibit A under Restriction Level 1 and permitting the public filing of a narrowly redacted version of the same exhibit. As explained below, Plaintiff has filed two versions of Exhibit A concurrently with this motion: (i) an unredacted version filed under Restriction Level 1, and (ii) a narrowly redacted version filed on the public docket.

**I. RELIEF REQUESTED**

Plaintiff respectfully requests an order:

---

[1] Plaintiff is proceeding under a pseudonym for purposes of this filing notwithstanding the Court's prior order denying Plaintiff's motion to proceed anonymously (ECF 53). Plaintiff has filed a motion for reconsideration of that order, which remains pending. Plaintiff uses a pseudonym temporarily to avoid irreparable disclosure of sensitive identifying information pending the Court's ruling and will promptly comply with any further direction of the Court once the motion for reconsideration is resolved.

1. Restricting access at Restriction Level 1 to the unredacted version of Exhibit A, which contains sensitive technical identifiers and attribution-enabling information; and

2. Permitting the public filing of a narrowly redacted version of Exhibit A, which omits only those sensitive technical identifiers while preserving all substantive information relevant to the merits and the Court's consideration.

Both versions of Exhibit A have been filed contemporaneously with this motion to facilitate immediate review and to ensure public access to a redacted version without delay.

## II. DESCRIPTION OF EXHIBIT A AND THE FILED VERSIONS

Exhibit A consists of a non-party service provider's written objections and responses to a subpoena issued in this action, together with embedded references to specific cryptocurrency wallets, transaction identifiers, and transaction flows relevant to Plaintiff's tracing efforts. Two versions of Exhibit A are filed:

- Exhibit A (Unredacted) — filed under Restriction Level 1, and
- Exhibit A (Redacted) — filed publicly with limited redactions.

The unredacted version contains technical identifiers, including but not limited to:

- Bitcoin wallet addresses,
- Ethereum wallet addresses,
- Transaction identifiers and hashes (BTC and ERC-20),
- Cross-chain transaction correlations,
- Token contract addresses,
- Transaction timestamps and related metadata, and
- Statements that, when combined with the identifiers above, enable attribution or exclusion analysis regarding non-party accounts.

Certain identifiers relate to individuals or entities that are not parties to this action.

The publicly filed redacted version removes only these technical identifiers and attribution-enabling fields, while preserving the narrative content, objections asserted, procedural posture, and substantive positions taken in Exhibit A.

### III. BASIS FOR LEVEL 1 RESTRICTION AND REDACTION

Public disclosure of the unredacted version of Exhibit A would expose aggregated, correlated technical identifiers that create a concrete and non-speculative risk of misuse, re-identification, or interference with ongoing investigative and tracing efforts in a cryptocurrency fraud case.

In the cryptocurrency context, wallet addresses, TXIDs, and token contract identifiers function as persistent and globally resolvable identifiers. When published together in a judicial filing, especially alongside descriptive language and transaction sequencing, these identifiers materially reduce the effort required to trace, profile, or target associated accounts and individuals—including non-parties.

These identifiers are not necessary for the public to understand:

- the nature of the objections asserted,
- the procedural posture of the subpoena dispute,
- the relevance of Exhibit A to Plaintiff's claims, or
- the legal standards the Court will apply.

### IV. NARROW TAILORING AND PUBLIC ACCESS

The proposed redactions are narrowly tailored and field-specific, limited solely to identifiers that enable attribution or transaction-level tracing. The redactions do not obscure:

- the substance of the objections and responses,

- the categories of information requested,
- the legal grounds asserted,
- the fact and direction of transactions at issue,
- dates, sequencing, or transaction counts, or
- the relevance of Exhibit A to Plaintiff's requested relief.

The publicly filed redacted version of Exhibit A preserves all material facts necessary for public understanding of the dispute and the Court's reasoning. Accordingly, the public interest in access is not meaningfully impaired.

## V. NO LESS RESTRICTIVE ALTERNATIVE

No less restrictive alternative would adequately protect the interests at stake. Public filing of the unredacted technical identifiers would unnecessarily expose sensitive, attribution-enabling information, while complete sealing is unwarranted.

Restricting only the unredacted version of Exhibit A at Restriction Level 1, coupled with a publicly available, narrowly redacted version, represents the least restrictive means of addressing the identified risks while maintaining transparency.

## VI. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion and authorize Restriction Level 1 for the unredacted version of Exhibit A, while permitting the public filing of the narrowly redacted version of Exhibit A already submitted.

Dated: January 11, 2026

Respectfully submitted,

**Y.S.**
Plaintiff, Pro Se