IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03129-DDD-KAS

Y.S.,

    Plaintiff,

v.

JOHN DOE et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on the following motions filed by Plaintiff:

- Plaintiff's Motion for Reconsideration of Order Denying Leave to Proceed Under Pseudonym [#56]
- Plaintiff's Motion for Reconsideration of Omnibus Minute Order (ECF No. 54) and for Limited, Targeted Redactions [#58]
- Plaintiff's Motion for Limited Early Discovery Directed to Binance.Com and for Authorization of Alternative Service [#60]
- Plaintiff's Motion for Clarification Regarding Scope of Redactions [#61]
- Plaintiff's Notice of Compliance with Omnibus Minute Order and Request to Temporarily Maintain Level 1 Restriction Pending Court Clarification of the Scope of Redaction [#65]
- Plaintiff's Motion for Limited Document Subpoenas to Internet Service Providers [#66]
- Plaintiff's Motion for Leave to Serve Limited Subpoena Duces Tecum on Meta Platforms, Inc. to Identify Unknown Defendant [#68, #69]
- Plaintiff's Motion to Restrict and Redact Messenger Chat URL at Level 1 and to Permit Public Filing of Narrowly Redacted Exhibits [#70]
- Plaintiff's Motion to Compel and Enforce Nonparty Coinbase, Inc.'s Compliance with Court-Authorized Subpoena [#72]
- Plaintiff's Motion to Restrict and Redact Exhibit A at Level 1 and to Permit Public Filing of Narrowly Redacted Version [#74]

IT IS HEREBY **ORDERED** that a Motion Hearing is **SET** for **March 19, 2026, at 1:30 p.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The Court will first address Plaintiff's Motion [#72], to which nonparty Coinbase, Inc. has filed a Response [#77], before addressing the Plaintiff's remaining outstanding Motions [#56, #58, #60, #61, #65, #66, #68, #69, #70, #74].

Dated: February 14, 2026