IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action No.: 25-cv-03129-DDD-KAS | Date: March 19, 2026 |
| Courtroom Deputy:  Laura Galera | FTR: Courtroom A501 |

*Parties:*                                                      *Counsel:*

 Y.S.,                                                          Pro Se

     Plaintiff,

 v.

 JOHN DOE, ET AL.,

     Defendants.

---

## COURTROOM MINUTES

---

**MOTION HEARING**
**Court in session:   1:35 p.m.**
Court calls case.  Appearance of pro se plaintiff.

Alexandra Mayhugh for non-party Coinbase appears by videoconference.

Argument regarding Plaintiff's Motion for Reconsideration of Order Denying Leave to Proceed Under Pseudonym [#56], Plaintiff's Motion for Reconsideration of Omnibus Minute Order (ECF No. 54) and for Limited, Targeted Redactions [#58], Plaintiff's Motion for Limited Early Discovery Directed to Binance.Com and for Authorization of Alternative Service [#60], Plaintiff's Motion for Clarification Regarding Scope of Redactions [#61], Plaintiff's Notice of Compliance with Omnibus Minute Order and Request to Temporarily Maintain Level 1 Restriction Pending Court Clarification of the Scope of Redaction [#65], Plaintiff's Motion for Limited Document Subpoenas to Internet Service Providers [#66], Plaintiff's Motion for Leave to Serve Limited Subpoena Duces Tecum on Meta Platforms, Inc. to Identify Unknown Defendant [#68, #69], Plaintiff's Motion to Restrict and Redact Messenger Chat URL at Level 1 and to Permit Public Filing of Narrowly Redacted Exhibits [#70], Plaintiff's Motion to Compel and Enforce Nonparty Coinbase, Inc.'s Compliance with Court-Authorized Subpoena [#72] and Plaintiff's Motion to Restrict and Redact Exhibit A at Level 1 and to Permit Public Filing of Narrowly Redacted Version [#74].

Ms. Mayhugh makes an oral Motion that Plaintiff Request Permission by the Court Prior to Issuing any Additional Subpoenas to Coinbase.

**ORDERED:** Counsel's oral Motion that Plaintiff Request Permission by the Court Prior to Issuing any Additional Subpoenas to Coinbase is DENIED. Because this is early discovery, Plaintiff will need prior permission from the Court prior to issuing any further subpoenas.

Court admonishes Plaintiff regarding the use of incorrect case citations.

For the reasons as stated on the record it is:

**ORDERED:** Plaintiff's Motion for Reconsideration of Order Denying Leave to Proceed Under Pseudonym [#56] is DENIED. The Court will stay this decision until **April 23, 2026.** Any appeal to this decision shall be filed **no later than April 9, 2026.** If the appeal is denied, the restriction and anonymity shall be lifted **within one week after the Court's ruling.**

**ORDERED:** Plaintiff's Motion for Reconsideration of Omnibus Minute Order (ECF No. 54) and for Limited, Targeted Redactions [#58] is DENIED. The Court will permit Plaintiff to file both a redacted version and a restricted, unredacted version in future pleadings when appropriate.

**ORDERED:** Plaintiff's Motion for Limited Early Discovery Directed to Binance.Com and for Authorization of Alternative Service [#60] is GRANTED.

**ORDERED:** Plaintiff's Motion for Clarification Regarding Scope of Redactions [#61] is GRANTED.

**ORDERED:** Plaintiff's Notice of Compliance with Omnibus Minute Order and Request to Temporarily Maintain Level 1 Restriction Pending Court Clarification of the Scope of Redaction [#65] is DENIED AS MOOT.

**ORDERED:** Plaintiff's Motion for Limited Document Subpoenas to Internet Service Providers [#66] is GRANTED.

**ORDERED:** Plaintiff's Motion for Leave to Serve Limited Subpoena Duces Tecum on Meta Platforms, Inc. to Identify Unknown Defendant [#68, #69] are GRANTED.  Document  [#68] be placed under Level 1 Restriction.

**ORDERED:** Plaintiff's Motion to Restrict and Redact Messenger Chat URL at Level 1 and to Permit Public Filing of Narrowly Redacted Exhibits [#70] is GRANTED.

**ORDERED:** Plaintiff's Motion to Compel and Enforce Nonparty Coinbase, Inc.'s Compliance with Court-Authorized Subpoena [#72] is DENIED.

**ORDERED:** Plaintiff's Motion to Restrict and Redact Exhibit A at Level 1 and to Permit
Public Filing of Narrowly Redacted Version [#74] is GRANTED. Document
[#73] shall be maintained at a Level 1 Restriction status.

Hearing concluded.
**Court in recess:**      **2:40 p.m.**
Total time in court:     01:05

*To order transcripts of hearings, please contact either Patterson Transcription
Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.