**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03129-DDD-KAS

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**
4/9/2026
**JEFFREY P. COLWELL, CLERK**

Y.S.,
Plaintiff,

v.

John Doe, et al.,
Defendants.

---

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RULE 72(a) OBJECTIONS

---

Plaintiff respectfully moves for a four-week extension of time to file any additional objections under Federal Rule of Civil Procedure 72(a) relating to issues addressed in the Court's March 19, 2026 Order (ECF No. 83). In support, Plaintiff states as follows:

1. On March 19, 2026, the Court entered a minute order resolving multiple motions, including rulings on discovery, subpoenas, and related procedural matters.

2. The Court's reasoning for several rulings was stated on the record during the March 19, 2026 hearing.

3. Plaintiff was overseas for two weeks, from March 19, 2026 through April 2, 2026, which limited Plaintiff's ability to fully review and respond to the Court's rulings within the standard time period.

4. The Court previously granted a limited extension in light of these circumstances. However, that limited extension is insufficient to allow Plaintiff to obtain and review the hearing transcript and prepare complete objections.

5. Plaintiff has already timely filed an objection addressing the Court's ruling on pseudonymity in order to comply with the Court's deadline on that issue. However, the March 19, 2026 Order addresses multiple additional rulings, and Plaintiff intends to raise additional objections based on the Court's reasoning as stated on the record. A transcript of the hearing is necessary to evaluate those issues and present any additional objections in a complete and accurate manner.

6. Plaintiff is in the process of obtaining the transcript but requires additional time for its preparation and review.

7. This request is made in good faith and not for purposes of delay, but to ensure that any objections are accurate, complete, and properly supported by the record.

8. Plaintiff does not waive, and expressly preserves, the right to raise any and all objections permitted under Federal Rule of Civil Procedure 72(a) following review of the hearing transcript.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant a four-week extension of time to file any additional objections under Federal Rule of Civil Procedure 72(a) relating to issues addressed in the Court's March 19, 2026 Order (ECF No. 83).

Dated: April 9, 2026

Respectfully submitted,

/s/ Y.S.

Plaintiff, Pro Se