IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03129-DDD-KAS

Y.S.,

      Plaintiff,

v.

JOHN DOE et al.,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court on Plaintiff's **Motion for Access to Hearing Recording or Other Appropriate Relief** [#94] (the "Motion"). Plaintiff requests access to the audio recording of the Motion Hearing held on March 19, 2026.

      IT IS HEREBY **ORDERED** that the Motion [#94] is **GRANTED**. Plaintiff may request an audio recording of the hearing by completing the Audio Recording Order Form (Form AO 436) on the Court's website and submitting it to the Clerk of Court.

      IT IS FURTHER **ORDERED** that the Clerk of Court is directed to mail Plaintiff a copy of Form AO 436 along with this Minute Order.

      Dated: April 13, 2026