IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03129-DDD-KAS

Y.S.,

      Plaintiff,

v.

JOHN DOE et al.,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court sua sponte. On review of the Plaintiff's pending **Motion to Compel Compliance with Court-Authorized Subpoena Directed to Binance Holdings Limited (Binance.Com)** [#100], **Renewed Motion for Leave to Issue Narrow Follow-Up Subpoena to AT&T** [#109], and **Notice of Binance Holdings Limited's Failure to Respond or Comply and Request to Compel Production** [#112],

IT IS HEREBY **ORDERED** that a Status Conference is **SET** for **June 17, 2026, at 10:30 a.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Dated: May 21, 2026