**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*3:31 pm, Jun 05, 2026*
**JEFFREY P. COLWELL, CLERK**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03129-DDD-KAS

Y.S.,
Plaintiff,

v.

JOHN DOE, et al.,
Defendants.

## NOTICE OF APPEAL

Plaintiff Y.S., proceeding pro se, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the following orders and portions of orders of this Court:

1. The Court's June 4, 2026 Order Overruling Objections (ECF No. 115), including its ruling overruling Plaintiff's Rule 72(a) objection to the Magistrate Judge's order denying leave to proceed under a pseudonym;

2. The Court's June 5, 2026 text-only order (ECF No. 119), to the extent that order grants in part Plaintiff's Motion to Correct Docketing Error, states that the corrected May 4, 2026 pseudonymity objection was accepted and considered, and denies reconsideration of the ruling overruling Plaintiff's objection to the denial of pseudonymity; and

3. The Court's June 4, 2026 Order Overruling Objections (ECF No. 115), including its ruling overruling Plaintiff's Rule 72(a) objection to the Magistrate Judge's order denying Plaintiff's Motion to Compel compliance with the subpoena directed to Nonparty Coinbase, Inc.

Plaintiff appeals the denial of leave to proceed under a pseudonym because disclosure of Plaintiff's identity would cause irreversible harm and would render appellate review ineffective if disclosure occurs before review is completed.

Plaintiff also seeks review of the portion of ECF No. 115 overruling Plaintiff's Rule 72(a) objection concerning the denial of Plaintiff's Motion to Compel Nonparty Coinbase, Inc., including the denial of identifying information for Coinbase accounts that transacted with, or were internally attributed to, the wallet addresses and TXIDs identified in Plaintiff's subpoena, to the extent that issue is reviewable in this interlocutory appeal or otherwise within the Court of Appeals' jurisdiction.

Dated: June 5, 2026

Respectfully submitted,
/s/ Y.S.
Y.S., Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I certify that on June 6, 2026, I submitted the foregoing **Notice of Appeal** to the Clerk of the Court by email for filing. Once docketed, the CM/ECF system will transmit notice of the filing to all counsel of record.

/s/ Y.S.
Y.S.
Plaintiff, Pro Se