IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03129-DDD-KAS

DANNY ZIPRIS,

      Plaintiff,

v.

JOHN DOE et al.,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court sua sponte. Pursuant to the District Judge's Orders [#115, #119, #121],

IT IS HEREBY **ORDERED** that all future filings in this matter shall bear a case caption that contains Plaintiff's real name.

Additionally, on October 23, 2025, the District Judge ordered that the Clerk of Court was directed to maintain all of Plaintiff's filings at Level 1 Restriction until the undersigned ruled on Plaintiff's many pending motions to restrict. *See Order* [#35]. Therefore, the following documents were automatically filed under seal:

- Plaintiffs First Amended Complaint In Equity For Constructive Trust, Restitution, Accounting, and Injunctive Relief [#36], along with its corresponding Exhibits 1-8 [#36-1, #36-2, #36-3, #36-4, #36-5, #36-6, #36-7, #36-8]

- Plaintiffs Renewed Emergency Motion for Temporary Restraining Order Preserving Assets and Evidence [#37], along with its corresponding Exhibits 1-5 [#37-1, #37-2, #37-3, #37-4, #37-5]

- Plaintiffs Second Renewed Emergency Motion for Temporary Restraining Order Preserving Assets and Evidence [#39]

- Plaintiff's Second Supplement and Request for Non-Disclosure and Limited Service Regarding Motion for Renewed Early Discovery [#40], along with its corresponding Exhibits 1-3 [#40-1, #40-2, #40-3]

- Plaintiff's Motion for Preliminary Injunction and Request for Ex Parte Hearing [#43], along with its corresponding Exhibits 1-3 [#43-1, #43-2, #43-3]

- Plaintiffs Emergency Supplement to Motion For Temporary Restraining Order, or In the Alternative, Preliminary Injunction (New Evidence) [#44], along with its corresponding Exhibits 1-2 [#44-1, #44-2]

- Plaintiffs Amended Motion for Expedited Discovery [#46], along with its corresponding Exhibits 1-2 [#46-1, #46-2]

The undersigned's December 4, 2025 Omnibus Minute Order on Plaintiff's Various Motions to Restrict [#54] adjudicated Plaintiff's many motions to restrict, thereby satisfying the purpose of the District Judge's temporary Order [#35]. The undersigned generally concluded that restriction of Plaintiff's filings was inappropriate because, by and large, they contained no sensitive information. *See Minute Order* [#54] at 3-5. However, the Court determined that any filings containing **cryptocurrency wallet identifiers or transaction identification numbers** may remain restricted, provided that Plaintiff filed redacted versions of those filings on the public docket. *Id.* at 5-6. Accordingly,

IT IS HEREBY **ORDERED** that, no later than **June 29, 2026**, Plaintiff shall file a Notice of Redacted Filings with the Court. Plaintiff shall attach to the Notice redacted versions of the above referenced filings in the form of **seven exhibits**. Each exhibit shall consist of a combined PDF document containing a redacted version of one of the above referenced filings, along with that filing's corresponding exhibits, with all cryptocurrency wallet identifiers or transaction identification numbers redacted.

Dated: June 8, 2026