**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:46 pm, Jun 10, 2026*
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03129-DDD-KAS

Y.S.,
Plaintiff,

v.

JOHN DOE, et al.,
Defendants.

## PLAINTIFF'S SUPPLEMENTAL NOTICE REGARDING UPDATED TENTH CIRCUIT DOCKET REFLECTING USE OF PSEUDONYM "Y.S."

Plaintiff respectfully submits this Supplemental Notice to inform the Court of a relevant update following Plaintiff's Notice of Tenth Circuit Interim Order and Request for Interim Relief or Clarification Regarding District-Court Filings, filed earlier today.

After filing that Notice, Plaintiff obtained an updated copy of the Tenth Circuit docket in Case No. 26-1220. The updated appellate docket now reflects the case caption as "Y.S. v. Doe, et al." and shows that multiple docket entries were edited on June 9, 2026 to change Plaintiff-Appellant's name to the pseudonym 'Y.S. A copy of the updated Tenth Circuit docket is attached as Exhibit B.

Plaintiff respectfully submits that this update is relevant to the interim relief or clarification requested from this Court. The Tenth Circuit docket's use of "Y.S." and the edits changing Plaintiff-Appellant's name to a pseudonym further support Plaintiff's request for corresponding interim clarification regarding district-court captions, signature blocks, docket text, and filing descriptions while the appellate pseudonymity issue remains pending.

Plaintiff does not seek reconsideration of this Court's prior pseudonymity ruling through this Supplemental Notice. Plaintiff submits this update only to provide the Court with the most

current appellate docket information relevant to Plaintiff's pending request for interim relief or

clarification.


Dated: June 10, 2026

Respectfully submitted,

/s/ Y.S.
Y.S.
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I certify that on June 10, 2026, I submitted the foregoing Plaintiff's Supplemental Notice Regarding Updated Tenth Circuit Docket Reflecting Use of Pseudonym "Y.S." and Exhibit B to the Clerk of Court by email for filing.


Dated: June 10, 2026

/s/ Y.S.
Y.S.
Plaintiff, Pro Se