IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

Civil Action No.: 25-cv-03129-DDD-KAS          Date: June 17, 2026
Courtroom Deputy:  Laura Galera                FTR: Courtroom A501

| *Parties:* | *Counsel:* |
|---|---|
| Y.S., | Pro Se |
| Plaintiff, | |
| v. | |
| JOHN DOE, ET AL., | |
| Defendants. | |

---

**COURTROOM MINUTES**

---

**MOTION HEARING**
**Court in session:   10:35 a.m.**
Court calls case.  Appearance of pro se plaintiff.

Discussion between the Court and Plaintiff regarding Plaintiff's Motion to Compel Compliance with Court-Authorized Subpoena Directed to Binance Holdings Limited (Binance.com) [#100], Plaintiff's Renewed Motion for Leave to Issue Narrow Follow-Up Subpoena to AT&T [#109] and Plaintiff's Notice of Binance Holdings Limited's Failure to Respond or Comply and Request to Compel Production [#112].

Court addresses Plaintiff regarding filing a Motion for Appointment of Counsel to assist him in identifying correct defendants.

For the reasons as stated on the record it is:

**ORDERED:**  Plaintiff's Motion to Compel Compliance with Court-Authorized Subpoena Directed to Binance Holdings Limited (Binance.com) [#100] is DENIED. Plaintiff is ordered to comply with the proper procedure for service.

**ORDERED:**  Plaintiff's Renewed Motion for Leave to Issue Narrow Follow-Up Subpoena to AT&T [#109] is DENIED. The Court will not permit Plaintiff to serve broader discovery.

**ORDERED:**  Plaintiff to file a Motion for Appointment of Counsel **no later than July 1, 2026.**

Hearing concluded.
**Court in recess:**        **10:54 a.m.**
Total time in court:     0:19

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303)-815-0487 or scheduling@pattersontranscription.com.