**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**
*2:38 pm, Jun 18, 2026*
**JEFFREY P. COLWELL, CLERK**

Civil Action No. 1:25-cv-03129-DDD-KAS

Y.S.,

Plaintiff,

v.

JOHN DOE, et al.,

Defendants.

---

**PLAINTIFF'S MOTION FOR ACCESS TO HEARING RECORDING OR
OTHER APPROPRIATE RELIEF**

---

Plaintiff respectfully moves for access to the audio recording of the June 17, 2026 status conference / discovery motions hearing, or other appropriate relief, and states as follows:

1. Plaintiff intends to file objections under Federal Rule of Civil Procedure 72(a) to the Court's June 17, 2026 ruling at ECF No. 131, which denied Plaintiff's Motion to Compel Compliance with Court-Authorized Subpoena Directed to Binance Holdings Limited / Binance.com, ECF No. 100, Plaintiff's Renewed Motion for Leave to Issue Narrow Follow-Up Subpoena to AT&T, ECF No. 109, and related relief.

2. The preparation of such objections requires accurate access to the record of the June 17, 2026 hearing.

3. Plaintiff respectfully seeks access to the audio recording of the hearing so that he may accurately review the Court's oral ruling and prepare any appropriate Rule 72(a) objections to ECF No. 131.

4. The cost of obtaining a transcript is prohibitive for Plaintiff, who is proceeding pro se. Access to the audio recording would provide a reasonable and less costly means to review the hearing record.

5. Plaintiff requests access solely for purposes of reviewing the hearing record and preparing appropriate filings. Plaintiff will not disseminate the recording.

6. In the alternative, Plaintiff requests such other relief as the Court deems appropriate to allow Plaintiff access to the hearing record.

WHEREFORE, Plaintiff respectfully requests that the Court grant access to the audio recording of the June 17, 2026 status conference / discovery motions hearing, or provide such other appropriate relief as necessary to ensure access to the record.

Dated: June 18, 2026

Respectfully submitted,

/s/ Y.S.
Y.S.
Plaintiff, pro se

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2026, I submitted the foregoing Plaintiff's Motion for Access to Hearing Recording or Other Appropriate Relief by email to the Clerk of the United States District Court for the District of Colorado for filing.

I further certify that, upon docketing, service will be completed through the Court's CM/ECF filing and service procedures on all registered parties, or by any additional method directed by the Clerk.

Dated: June 18, 2026

/s/ Y.S.
Y.S.
Plaintiff, pro se