**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*12:56 pm, Jun 24, 2026*
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03129-DDD-KAS

Y.S.,
Plaintiff,

v.

JOHN DOE, et al.,
Defendants.

---

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RULE 72(a) OBJECTIONS TO JUNE 17, 2026 MAGISTRATE JUDGE RULINGS

---

Plaintiff respectfully moves for an extension of time to file objections under Federal Rule of Civil Procedure 72(a) to the Magistrate Judge's June 17, 2026 rulings denying Plaintiff's Motion to Compel Compliance with Court-Authorized Subpoena Directed to Binance Holdings Limited (Binance.com), ECF No. 100, and Plaintiff's Renewed Motion for Leave to Issue Narrow Follow-Up Subpoena to AT&T, ECF No. 109. In support, Plaintiff states as follows:

1. On June 17, 2026, the Court held a motion hearing before Magistrate Judge Kathryn A. Starnella.

2. The Minute Entry entered on June 18, 2026 states that Plaintiff's Motion to Compel Compliance with Court-Authorized Subpoena Directed to Binance Holdings Limited (Binance.com), ECF No. 100, was denied.

3. The Minute Entry further states that Plaintiff's Renewed Motion for Leave to Issue Narrow Follow-Up Subpoena to AT&T, ECF No. 109, was denied.

4. The Minute Entry reflects that the hearing was recorded by FTR in Courtroom A501.

5. The Court's reasoning for denying ECF Nos. 100 and 109 was stated orally on the record during the June 17, 2026 hearing. The Minute Entry does not set forth the Court's full reasoning.

6. On June 18, 2026, Plaintiff filed a motion seeking access to the June 17, 2026 hearing audio files. That motion was docketed as ECF No. 132. Plaintiff is still waiting for access to the audio files and has not yet been able to review the complete hearing record.

7. Plaintiff intends to evaluate whether to file objections under Federal Rule of Civil Procedure 72(a), but Plaintiff requires additional time to obtain and review the hearing audio and/or transcript so that any objections are accurate, complete, and properly supported by the record.

8. The issues addressed at the June 17, 2026 hearing are important to Plaintiff's ability to identify unknown defendants and pursue discovery authorized or requested in this action. The rulings concern nonparty subpoena compliance by Binance Holdings Limited and Plaintiff's renewed request for a narrow follow-up subpoena to AT&T.

9. Because the Court's reasoning was stated orally, Plaintiff cannot adequately prepare complete Rule 72(a) objections without reviewing the hearing record.

10. Plaintiff therefore requests an extension of time up to and including July 30, 2026, or such other extension as the Court deems appropriate, to file any objections to the June 17, 2026 rulings denying ECF Nos. 100 and 109.

11. This request is made in good faith and not for purposes of delay. Plaintiff seeks additional time only to ensure that any Rule 72(a) objections are accurate, complete, and supported by the hearing record.

12. Plaintiff does not waive, and expressly preserves, the right to raise any and all objections permitted under Federal Rule of Civil Procedure 72(a) after review of the June 17, 2026 hearing audio and/or transcript.

WHEREFORE, Plaintiff respectfully requests that the Court grant an extension of time up to and including July 30, 2026, or such other extension as the Court deems appropriate, to file any objections under Federal Rule of Civil Procedure 72(a) to the Magistrate Judge's June 17, 2026 rulings denying ECF Nos. 100 and 109.

Dated: June 24, 2026

Respectfully submitted,

/s/ Y.S.
Y.S.
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I certify that on June 24, 2026, I submitted the foregoing Plaintiff's Motion for Extension of Time to File Rule 72(a) Objections to June 17, 2026 Magistrate Judge Rulings to the Clerk of Court for filing.

I further certify that, to the extent service is required, service will be completed through the Court's filing and service procedures upon docketing, or by any additional method directed by the Clerk.

Dated: June 24, 2026

/s/ Y.S.
Y.S.