IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03129-DDD-KAS

Y.S.,

     Plaintiff,

v.

JOHN DOE et al.,

     Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

     This matter is before the Court on Plaintiff's **Motion to Apply June 17, 2026 Interim Pseudonym Relief to Transcript at ECF No. 90 and to Direct Redaction or Substitution of Plaintiff's Name with "Y.S." Before Public Release** [#133] (the "Motion"). For good cause shown, and pursuant to the District Judge's Minute Order [#130] allowing Plaintiff to proceed under pseudonym while he is permitted to do so in the Tenth Circuit,

     IT IS HEREBY **ORDERED** that the Motion [#133] is **GRANTED**.

     IT IS FURTHER **ORDERED** that the Clerk of Court is directed to maintain ECF No. 90 under **Restriction at Level 1**[1] pending further order of the Court.

     IT IS FURTHER **ORDERED** that Plaintiff shall file a Status Report within **14 days** of any change in his pseudonymous status in the Tenth Circuit.

     Dated: July 26, 2026

_____

[1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2(b).